# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Vienna Gildea, being first duly sworn, hereby depose and state as follows:

## Introduction and Agent Background

1. I am a Detective Sergeant with the Vermont State Police (VSP). I have been a police officer for approximately nine years, having previously attended the Vermont Police Academy in 2017. My current title and assignment is as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I am currently assigned to a Joint Terrorism Task Force (JTTF) at the FBI's Albany Field Office, Burlington (Vermont) Resident Agency. As a TFO with JTTF, I am responsible for conducting investigations of potential violations of federal statutes prohibiting acts of terrorism, acts of violence, and threats of violence, particularly as directed toward government officers. I have participated in a variety of terrorism and threat investigations, and I have been involved in conducting physical and digital searches. I have gained experience through conducting terrorism investigations, attending formal and informal trainings, and consulting with other members of the U.S. federal law enforcement community.

2. I submit this affidavit in support of a criminal complaint charging Keegan Lagasse with knowingly and willfully making a threat to take the life of, and to inflict bodily harm upon, the current President of the United States (POTUS), specifically, by communicating through the FBI's National Threat Operations Center that he would kill POTUS, in violation of Title 18, United States Code, Section 871(a).

3. The statements contained in this affidavit are based on my involvement in this investigation and information provided to me by other law enforcement. Because this affidavit is being submitted for the limited purpose of establishing probable cause to charge the defendant by

criminal complaint, I have not included every fact known to me concerning this investigation. Unless specifically indicated otherwise, any conversation or statement is described in sum and substance and is not intended to be a complete, verbatim recitation.

**Probable Cause**

4. Keegan Lagasse is a 21-year-old man who, as of the writing of this affidavit, resides in the town of Richford, Vermont. Lagasse is known to Vermont law enforcement agencies for being the subject of previous investigations involving harassment and threats, including instances where Lagasse was found to have made threats about bombs and active shooters that were later found to have been hoaxes. Records maintained in a Vermont law enforcement database, which I have reviewed, associate multiple phone numbers with Lagasse: 802-XXX-7204, 320-XXX-4220, and 802-XXX-9402.[1] Those numbers were either given to law enforcement by Lagasse or attributed to him by investigators through other reliable sources. I am also aware that records maintained in an FBI database indicate Lagasse was a subject in FBI investigations into bomb-threat incidents.

5. For example, on November 9, 2025, the FBI National Threat Operations Center (NTOC) received an online tip submission regarding threats to the President of the United States (Donald Trump) and the White House. The NTOC report included the following information:[2]

a. Complainant Information

First Name: Keegan
Middle Name: William

[1] I am aware of the full phone numbers, but I have omitted digits herein to prevent the full numbers from being publicly available.

[2] The NTOC report contained the full birthdates, phone numbers, and addresses, but I have omitted digits herein to protect personal identifying information.

Last Name: Lagasse
DOB: XX/XX/2005
Phone Type: Home
International: False
Phone Number: 320-XXX-4220
Email: keeganLagasse@icloud.com
Type: Residential
Address: XXX Troy st

b. Subject Information

First Name: Keegan
Middle Name: William
Last Name: Lagasse
DOB: XX/XX/2005
Phone Type: Cell
International: False
Phone Number: 320-XXX-4220
Email: kanenora@protonmail.com
Type: Residential
Address: XXX Troy st
City: Richford
State: VT
Zip: 05476

c. Submitter IP Address: 2601:19e:837e"3b50:3d7f:c516:6465:2a10

6. The November 9, 2025, NTOC report indicated the individual providing the tip self-identified as "Keegan" and reported that he was going to use an explosive device at the White House and that he was planning to kill President Trump. The NTOC report quoted the tipster as stating, "This is Keegan I willdo that shit fuck Donald trump I'm gonna murder all Them niggas" and "this is Keegan im gonna shoot Him in the head or im gonna plant a bomb and blow up the White House soon murder for hire I might have someone else Kill Him".

7. I have reviewed Vermont law enforcement records about prior incidents in which Lagasse was a subject in threat investigations. Some of those investigations in which Lagasse was found to be the individual making the threats follow:

a. October 2023 – Lagasse threatened to blow up Richford, Missisquoi, and Essex High Schools in Vermont.

b. February 2024 – Lagasse threatened to blow up the Cadillac Motel in St. Albans City, Vermont and to shoot people.

c. September 14, 2024 – Lagasse threatened to blow up a Maple Fields convenience store in St. Albans, Vermont and to also blow up Richford High School.

d. November 3, 2024 – Lagasse posted on a social media account that he was going to shoot up Richford High School.

8. In September 2024, after Lagasse posted a short video (less than 10 seconds) of himself holding an apparent rifle on Instagram, Vermont state authorities acquired an Extreme Risk Protection Order (ERPO) for him that required him to surrender any firearms to law enforcement. VSP served the ERPO on Lagasse, but no firearms were surrendered. The ERPO is no longer in effect.

9. On November 10, 2025, the day after the November 9 NTOC report described above—FBI Special Agents (SAs) DiGregorio and Boyce located Lagasse at his residence on Troy Street in the town of Richford, Vermont. The agents were accompanied by a VSP Trooper. They advised Lagasse of the reason for their presence and attempted to interview him. The interaction was audio- and video-recorded through the VSP Trooper's body-worn camera. Initially, Lagasse denied knowing why law enforcement would be present and said he had been asking for help. When prompted to tell the truth and asked about what he had said and if he was serious, Lagasse responded that he was not serious and had probably said something about a bomb. During the conversation, Lagasse confirmed that he contacted the FBI's anonymous tip

website (NTOC) and reported that he hated and was going to kill Donald Trump. He stated that he made the submission while at his Troy Street residence in Vermont. Lagasse stated he submitted the tip because he was mad and was not happy with his life. Lagasse stated he did not know how to delete the message once it was submitted. Lagasse denied owning weapons and denied wanting to harm himself or others. When asked by SA Boyce if he knew how to construct or get a bomb, Lagasse denied knowing how to do so. Lagasse gave the agents his Wi-Fi phone number, which matched the phone number in the November 9, 2025, NTOC report.

10. As of November 10, 2025, Lagasse was subject to court-ordered conditions arising from a state criminal case, and one of the conditions prohibited Lagasse from consuming alcohol. Lagasse provided a breath sample to the VSP Trooper via a portable breath tester, and it displayed a reading of 0.053, indicating Lagasse had consumed alcohol in violation of the court order. Lagasse was then arrested by the Trooper for the violation, and during the process Lagasse stated that he would make "even worse" threats when he was released from custody.

11. Following Lagasse's November 2025 arrest, he was charged as an adult with violating multiple state statutes, and he also had previous state criminal charges that remained pending. Legasse's proceedings were ultimately transferred to the Family Division of the Superior Court, however, so records regarding any dispositions remain confidential. Lagasse was released from state custody and returned to the community in April 2026.

12. On August 24, 2026, at approximately 2:13 am, NTOC received another online tip that appears to have been submitted by Lagasse. The submitter again identified "Keegan Lagasse" both as the complainant and the subject in the tip. The submitted text read, "Im gonna

kill trump". The NTOC report included the following information:[3]

a. Complainant Information:

First Name: Keegan
Middle Name: William
Last Name: Lagasse
Phone Type: Cell
Phone Number: 802-XXX-9402
Email: keeganLagasse08@gmail.com
Type: Residential
Address: XXX Troy Street
City: Richford
State: VT
Zip: 05476
Country: USA

b. Subject Information:

First Name: Keegan
Middle Name: William
Last Name: Lagasse
Phone Type: Cell
Phone Number: 802-XXX-9402

c. Submitter IP Address: 2601:19e:837e:3b50:fb5d:3cc7:ed25:2287

13. On July 8, 2026, Lagasse had called VSP to self-report that he was violating probation. Lagasse told dispatch he had previously made threats about bombs and Donald Trump and wanted police to respond and arrest him. Lagasse made that call from phone number 802-XXX-7204. On September 1, 2026, Lagasse again called VSP via 911 to self-report that he was intoxicated and believed he was violating court conditions. Lagasse also made that call from phone number 802-XXX-7204, but he provided dispatch a call back number of 802-XXX-9402.

---

[3] The NTOC report contained the full phone numbers and addresses, but I have omitted digits herein to protect personal identifying information.

14. FBI investigated the two IP addresses provided in the NTOC reports referenced above, and records received indicated the addresses were associated with a Comcast account and locations in Richford, Vermont. As previously noted, Lagasse verbally provided the Wi-Fi number of 320-XXX-4220 to agents at his residence; that was the same phone number entered in the November 2025 NTOC report. Lagasse verbally provided phone number 802-XXX-9402 to the VSP dispatcher in September 2026 as the best way to contact him; that was the same phone number entered in the August 2026 NTOC report.

**Conclusion and Requests**

15. Based on the foregoing, there is probable cause to conclude that on or about August 24, 2026, in the District of Vermont, Keegan Lagasse knowingly and willfully made a threat to take the life of, and to inflict bodily harm upon, the current President of the United States (POTUS), specifically, by communicating through the FBI's National Threat Operations Center that he would kill POTUS, in violation of Title 18, United States Code, Section 871(a). I respectfully request the Court issue a Criminal Complaint charging him accordingly and a warrant for his arrest.

Dated at Burlington, in the District of Vermont on this 17 day of September, 2026.

Vienna Gildea, Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me in Burlington, Vermont this 17th day of September, 2026.

Hon. Kevin J. Doyle
United States Magistrate Judge
District of Vermont